■ In the Matter of JOSEPH J. REICH, Appellant, against ANTHONY J. Bosco et al., Individually and as Members of the Board of Elections and the Board of Canvassers of Putnam County, et al., Respondents. In the Matter of EMIL BUECHEL, Appellant, against ANTHONY J. Bosco et al., Individually and as Members of the Board of Elections and the Board of Canvassers of Putnam

County, et al., Respondents.— Motion to extend stay dismissed, as academic (see *Matter of Reich* v. *Bosco,* 9 A D 2d 919; *Matter of Buechel* v. *Bosco,* 9 A D 2d 916). Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.